# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

RONNIE L. COUSIN (#89334)  CIVIL ACTION

VERSUS

TIM DELANEY, ET AL.  NO. 14-0076-BAJ-RLB

## O R D E R

This matter comes before the Court on the plaintiff's Notice of Correction (Rec. Doc. 14), which the Court interprets to be a Notice of Voluntary Dismissal filed pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure relative a defendant identified in the Complaint as "Mr. Lemoine."  It has been recognized by the courts that the filing of a Notice of Voluntary Dismissal under this Rule effects a dismissal of the claim or defendant without further action by the Court.  *See Perkins v. Johnson*, 118 Fed. Appx. 824 (5th Cir. 2004) (finding that "[u]nder Fed.R.Civ.P. 41(a), the voluntary dismissal of an action completely terminates the litigation, without further order by the district court").  *See also Plains Growers, Inc., By and Through Florists' Mutual Insurance Co. v. Ickes-Braun Glasshouses, Inc.,* 474 F.2d 250, 255 (5th Cir. 1973) (applying Rule 41(a) in the context of the voluntary dismissal of fewer than all defendants).  Accordingly,

**IT IS ORDERED** that the plaintiff's Notice of Correction (Rec. Doc. 14) be and it is hereby interpreted to be a Notice of Voluntary Dismissal filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and the Clerk of Court is directed to terminate "Mr. Lemoine" as a defendant in this proceeding, without prejudice.

Signed in Baton Rouge, Louisiana, on July 22, 2014.

RICHARD L. BOURGEOIS, JR.
UNITED STATES MAGISTRATE