# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**RONNIE L. COUSIN (#89334)**

**VERSUS**

**TIM DELANEY, ET AL.**

**CIVIL ACTION**

**NO. 14-76-JWD-RLB**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in Magistrate Judge's Report dated January 23, 2015, to which no objection was filed.

**IT IS ORDERED** that the defendants' Motion to Dismiss (R. Doc. 21) is granted in part, dismissing the plaintiff's claims for monetary damages asserted against the defendants in their official capacities, and that this matter is referred back to the Magistrate Judge for further proceedings

Signed in Baton Rouge, Louisiana, on February 11, 2015.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**